IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS CAMPOS, ARNOLDO MOLINA, GONZALO VIDANOS, JOSE GARCIA, EDISON JACHERO, and ADRIAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> -against-<br><br>ERIC GOODE, SEAN MACPHERSON, GARDEN CAFÉ ASSOCIATES LLC, SULCATA CORP. d/b/a B BAR AND GRILL, BOWERY F&B LLC, BOWERY HOTEL LLC d/b/a GEMMA, BD STANHOPE, LLC d/b/a MATSURI and LA BOTTEGA,<br>    Defendants. | 10 Civ 0224 (DF) |

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT AND CLASS ACTION SETTLEMENT PROCEDURE**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of the Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval") and in the Declaration of Rachel Bien in Support of Plaintiffs' Motion for Preliminary Approval ("Bien Decl."), Plaintiffs respectfully request that the Court enter an Order:

  (1)  granting preliminary approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit B to the Bien Decl.;

  (2)  conditionally certifying the following settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement:

All individuals who work or worked at B Bar & Grill, Gemma, La Bottega, and/or Matsuri as cooks, dishwashers, servers, bussers, runners, porters, and/or receivers from January 1, 2004 through December 31, 2009 and whose names are listed on the class lists provided to Class Counsel prior to the execution of the settlement agreement and any others who fall within the above definition but whose names were inadvertently left off the lists with the approval of counsel for the parties, but shall exclude Sonam Wangdak, Sangay Dorjee, Dhondop Tenpa, and Mingyur Dorje.

(3)     appointing Outten & Golden LLP as Class Counsel;

(4)     approving the Proposed Notice of Settlement of Class Action Lawsuit and Fairness Hearing, attached to the Settlement Agreement as Exhibit A, and directing its distribution;

(5)     approving the parties' joint proposed schedule for final settlement approval; and

(6)     granting such other, further, or different relief as the Court deems just and proper.

\*      \*      \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated:  October 18, 2010
         New York, New York

                        Respectfully submitted,
                        **OUTTEN & GOLDEN LLP**
                        By:

                        /s/ Rachel Bien
                        Rachel Bien
                        **OUTTEN & GOLDEN LLP**
                        Justin M. Swartz
                        Rachel Bien
                        Delyanne D. Barros
                        3 Park Avenue, 29th Floor
                        New York, New York 10016
                        Telephone:  (212) 245-1000

                        **Attorneys for Plaintiffs and the Putative Class**